# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Nathan Daniel Bagnell
Plaintiff

17 CV - 049 GKF - TLW

vs.

Case Number:
(To be supplied by Court Clerk)

Sheriff Floyd, et, al.
Dr. Aleta Fox
R/N Theresa Horne

Defendant(s)

FILED
JAN 30 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

| Current Location (including Address) of Confinement : | Prisoner Number: |
|---|---|
| OCJ A-POD<br>28 B S.E.<br>Miami OK. 74354 | 392744 |

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**A. Parties**

1) NAthan Bagnell (Plaintiff) is a citizen of Oklahoma (State) who presently resides at OCJ A-POD 28 BSE Miami OK. 74354 (Mailing address or place of confinement)

2) Defendant Sheriff FLOYD (Name of first defendant) is a citizen of Miami OK. (City, State), and is employed as Sheriff (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [X] Yes [ ] No
If your answer is yes, briefly explain: Mr Floyd was acting sheriff and allowed our civil liberties to be violated. Clean & Stable environment.

3) Defendant Teresa Horne (Name of second defendant) is a citizen of Commerce OK. (City, State), and is employed as R/N, nurse of Ottowa County jail (Position and title, if any).

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? [X] Yes [ ] No

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ___ No Env
___ No Cpys ✓ No Env/Cpys ___ O/J ___ O/MJ

If your answer is yes, briefly explain: Mrs Horne refused me treatment & services Today marks my 6th day without psych meds, even with written request to refil.

[*You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.*]

**B. Jurisdiction**

1) Jurisdiction is asserted pursuant to: (Check one)

☒ 42 U.S.C. §1983 (applies to state prisoners)

☐ Bivens v *Six Unknown Named Agents of Fed. Bureau of Narcotics* 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

______________________________

______________________________

**C. Nature of Case**

1) Briefly state the background of your case. Purposly ignoring verbal & written NEEDS to keep me healthy & safe. To bring awareness to the negligence and inhumane conditions

**D. Cause of Action**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a) (1) Count I: Cruel & unusual punishment ~~right to a clean & safe environment~~

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

(See attached)

b) (1) Count II: Medical negligence

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Theresa Horne R/N (See attached)

c) (1) Count III:

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**E. Request for Relief**

1) I believe that I am entitled to the following relief: punitive damages, injunction to administration, ADmistration Changes, a complete investigation & audit over the entire ADm, and the practices of the legal system in this county.

Nathan Bagnell

Original Signature of Attorney (if any)

Original Signature of Plaintiff

Attorney's full address and telephone number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at ______________________ on ______________________.

(Location) (Date)

Nathan Bagnell

(Original Signature of Plaintiff)

OFFICIAL SEAL
COLLEEN THOMPSON
NOTARY PUBLIC OKLAHOMA
OTTAWA COUNTY
COMM. NO. 13000863 EXP. 01-24-2017

Colleen Thompson
1-19-17

#D Sheriff Floyd

a)(2) Like so many of us, I have made so many verbal and written complaints about our Living conditions, & area. Nothing has been done to address any serious issues we live under. The black mold is everywhere. We are being fed within 5 ft of raw sewage. When the toilet is used in cell A-10 & A11, urine & feces overflows on to the floor from the chase door in A-10. This overflow of sewage is on the ground by our bean hole. Im in fear of being poisoned from being exposed to this and the black mold. We get issued No cleaning supplies.

No lights in any cells work. Only a few sinks can provide fresh water to drink. Only one shower works properly. No exit sign anywhere. We are not able to lock down if needed, because the cell doors dont function properly. Im on psych meds that I havent received in 6 days. Im in fear that the sheriff is allowing the staff in this administration as if theres no rules or regulations they abide by. Without my meds I dont feel right. There is a 50 ft extension corde running to the T.V. Im in beleif that the sheriff is allowing this to happen because Ive exausted every avenue for help with my concerns. My wife witnessed staff tamper with my legal mail. Joe Daughterey noticed a stack of inmate mail in trash can beside the fingerprint machine.

It 19 days for my wife to received my letter to her. I have witnessed 1 inmate trapped in cell on two occasions, first one a lock smith was called. Second time staff attempted to free the inmate on their own. Both accasions an inmate freed the trapped man. When we go to court we are subject to any citizen to run us over and kill us. Everytime I go to court I worry about someone Im chained to, as in what crime they have commited. What about mad mothers? or mad brothers or fathers. Im in fear of my life when Im chained to 10 people walking us out over the parking lot like a parade. It's dehumanizing. Im not sure someone Can repair the mental damages from this whole situation.

Dec 21 2016 - made verbal complaint to Krewson about sewage While he was doing a walk through in the pod. (3:00pm)

Dec. 22 2016 (7:39 pm) Sent written complaint to Krewson about sewage

1-2-17 - Sent greivence to Krewson about sewer backing up.

1-3-17 - filed greivence to sheriff about Krewson not taking action

1-4-17 - My wife told me my legal mail was opened by staff. She has receipt for having to buy new stamped envelopes at post office.

1-4-17 - Sent Krewson request to staff for handbook on rules & regs.

1-4-17 - Sent r to staff about wanting to file charges on someone for burglury to my home.

1-9-17 - Request to staff to Krewson for cleaning supplies

1-10-17 - witnessed Andrew Jones trapped in cell A-7 INmate Tommy Jones freed the trapped inmate. (3:23 pm) Co's involved was Traci Rider & White were present during the intrappedment

1-11-17 (10:03 p.m) Roger Bridendolph was in the ~~cage~~ pod and witnessed the sewage back up by the door they feed us from.

1-15-17 37 inmates in A-pod. The pod is designed to house 21 inmates. So many people in jail not enough razors for everyone.

1-4-17 fire marshal came in and fined Ottowa county for being overcrowded.

12-11-16 3-9pm Sonny Thomas was trapped in A-1 from 3:00-9pm lock smith was here destroying county property trying to free the man. Co Traci Rider, Jesse Krewson were here. INmates Corey Carter, Preston Hollbach, Rodney Rhodes, Travis Wilbur, William Barnes, Nick Hill and several other inmates ~~sea~~ sorrounded Traci Rider and the inmates were handed tools to attempt to free the man. Inmates used a metal grate from the wreck yard as a battering ram on A-1 door. Heavy damage to the door, but did not free the trapped inmate. The lock smith had given up and was going to Wal Mart to purchase a crow bar to finish the job. After the lock smith left, INmate Josh Shrader took a broom to the locking mechanism the staff had destrayed and ~~un~~ unlocked the door to free the man. This bizarre event went on for 6 hours.

With my incarceration here Ø of my requests or greivences have been

answered. It appears to me that this Tax payers money pit is ran like a circus. I'm emberresed and appauled ~~we~~ on how my tax money has been spent on running this place. A major correction must be done.

1-1-17

3:00 P.M. Roger Bridedolph was an eye witness to our inmate mail in the trash can. Co Grey had pulled an stack of mail out of the trash can.

I have a journal I started when I realized what was going on around me.

D
(B)(2) Teresa Horne., R/n

The medical staff here which is Teresa Horne, has neglected me medical services this entire time. So many unanswered medical slips I almost felt abandoned in need of medical attention and meds. I was in ~~paip~~ pain for over 45 days. ~~I~~ My wife had to scheledule the appointment I ~~go~~ had at ~~Bearsking~~ Bearskin medical because when the nurse finally sent me a yellow slip back Dec 5, 2016 she stated I had an appointment that week. That was false. That week I never went anywhere. She blantinly lied to me. I sent the nurse at least 3 medical slips a week. I have ~~(illegible)~~ the original responses and will send the only proof I have, so please make copies. ~~and~~ I documented every date that I sent Medical slips. Every date I provide can be back up by the monitoring system in A-POD. Everything should be on files from Ottowa County. I will note every account I recorded in my journal for the accurences in A-POD.

Dec. 5 2016 I started recording from this date when I realized the Nurse was ignoring all my medical slips.

I received notification from the nurse

I had appointment. I went No where that week.
Dec. 9, 2016 - Sent the nurse a slip about my pain my legs were going knumb and tingling.
Dec. 12, 2016 - sent slip regarding the failed appointment.
Dec. 14, 2016 - Went to Bearskin medical. Dr. issued meds
Dec. 16, 2016 - Started receiving meds
Dec. 20, 2016 - placed slip to nurse about needing to schedule an appt to re-eval pain meds.
Dec. 21, 2016 (10:00 A.m) put in medical slip to nurse about filling in tooth being gone and the pain I was experiencing.
Dec. 22, 2016 - placed sick call to nurse because my body felt weak and was worried I might be sick from the sewage were exposed to when we are fed. 5 ft from bean hole.
Dec. 23, 2016 - The nurse pulled me out of the pod and handed me gauze and told me I was Crazy for pulling my own tooth. I denied the Claim and was placed back in the pod by the Nurse without even inspecting my mouth for a pulled tooth. To this day I still have all my teeth.
Dec. 26, 2016 - put in another sick call slip for getting Re-eval on pain Meds. (9:40pm)
Dec. 29, 2016 (8:5 pm) filed greivence to Jail administrator Jesse Krewson about the nurse not seeing me, not replying to any med slip I sent, or addressing my medical NEEDS.

Continued D(B)(2) Teresa Horne, R/N

Dec 29, 2016 9:06 pm. Sent another med slip about the continous pain I was having my legs.

1-2-17 5:30 p.m Manteer was the man bleeding — An inmates nose had ~~bleed~~ blead for so long, it turned a while towl completly Red. We alerted staff by kicking the door. Mr Krewson came in a shouted at the man to go lay down and closed the door to the pod. Told me if I kicked the door again I would be taken to "the D ring for diciplinary actions. The D ring is a small D ring that is bolted to the floor. They hand cuff you with your hands behind your back and basically use the D ring as a securing device which basically keeps the palms of your hands and you rear on the concrete floor. Ive been D ringed an hour at a time on several occasions.

1-2-17 10:00 p.m ~~Sent anot~~ Sent another med slip to nurse about the continous pain in my lower back and legs.

1-3-17 10:54 p.m ~~file~~ Filed greivence to sheriff about Krewson not taking action about the Nurse Not returning my med slips or taking action with my Medical Needs.

1-4-17- my wife scheleduled an appointment for since the Nurse would Not.
1-6-17 Went to Dr appt. at Bearskin Medical
After this date I have given up on receiving medical attention or actually getting due process with ~~with~~ Request to Staff or a grievence from this date I started writing outside sources for help with my concerns and NEEDS.
To this day I beleive they tamper with mail for the reason of No responses from any complaints from Outside sources.
Thank you for your time & I hope my situation is worth looking into.
Thank you & God Bless.

The 3 sick call request is the only responses I received from Teresa Horne while with my incarceration.

Im keeping the Carbon Copy for proof that I have notified staff about my issues.

received Dec. 5 2016 Nathan Bagnell

# OTTAWA COUNTY JAIL

## SICK CALL REQUEST

DATE Dec 3 2016

INMATE'S NAME Nathan Bagnell CELL LOCATION A-POD

MEDICAL OR DENTAL PROBLEM Was ~~the~~ an appointment made with Bearskin Medical for the back pain Im having? I sent you a request to staff Last Monday ~~and~~ about the issue and received nothing for confermation about my medical condition. My right leg is tingling and going knumb now.

TO BE COMPLETED BY HEALTH SERVICES

RESPONSE: I Will Not Respond unless Both Pages are Received –

WPS-29178

Original to Medical files
Copy to Inmate

~~David Steeds~~
~~David Steeds 12-3-16~~

HEALTH SERVICES STAFF SIGNATURE [signature]

as of Dec 5, 2016 I have send in several sick Call slips. This one on the reverse side is the only one I have gotten back.

#1 Request for getting my meds Rem Ron & Triazadone.
#2 request. Lower Back Pain
#3 request If an appointment has been made at Bearskin
#4 request. Pain has transfered to left side as well, again asked if appointment has been made.

# OTTAWA COUNTY JAIL

## SICK CALL REQUEST

DATE 12-21-16

INMATE'S NAME Nathan Bagnell CELL LOCATION A-POD

MEDICAL OR DENTAL PROBLEM NEED to reschedule for Bearskin. my pain Meds are Not strong enough. still having major pain in legs. ~~[illegible]~~ I NEED to discuss my medical issues with my Doctor at Bearskin medical ASAP.

TO BE COMPLETED BY HEALTH SERVICES

RESPONSE: Will Call

WPS-29178

Original to Medical files
Copy to Inmate

HEALTH SERVICES STAFF SIGNATURE [signature]

# OTTAWA COUNTY JAIL

## SICK CALL REQUEST

1

DATE Dec. 5, 2016

INMATE'S NAME Nathan Bagnell CELL LOCATION A-POD

MEDICAL OR DENTAL PROBLEM Was an appointed made at Bearskin medical for my medical issues I have recently notified you about. this is the third week without a response about my conditions. Extreme pain in lower Back. Tingling in Right Leg. Pain is now moving to left leg.

TO BE COMPLETED BY HEALTH SERVICES

RESPONSE: You have an appt this week

WPS-29178

Original to Medical files
Copy to Inmate

~~Wittnessed By~~
12-5-16 ~~[illegible]~~

HEALTH SERVICES STAFF SIGNATURE [signature]

O.C.J. Miami OK. 74354

1-5-17

## Offender Grievance Process
## REQUEST TO STAFF

TO: Steve Russel (congressman) FACILITY/UNIT: A-POD DATE: ~~1-4-17~~
(NAME AND TITLE OF STAFF MEMBER)

I have X have not ___ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: Dec. 22, 2016 facility: O.C.J. grievance #: ___
I affirm that I do X do not ___ have a grievance pending on this issue.
I affirm that I do ___ do not X have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: n/a
This request ___ does X does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

This particular form I have sent as well to sheriff (Floyd) and jail administrator (Jesse Krewson) about the items listed below several times. Since I get nothing in return in a mannerely time frame for aknowledgement of said complaint received, nor an investigation into the items listed, I'm sending you one as well. A. medical B. tampering C. Living Conditions.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

An investigation into the allegations of said O.C.J. personell or staff members. Thank-you for your time.

NAME: NAthan Bagnell (PRINT) DOC NUMBER: ___ UNIT & CELL NUMBER: ___
SIGNATURE: [signature] WORK ASSIGNMENT: ___

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:

OFFICIAL SEAL
COLLEEN THOMPSON
NOTARY PUBLIC OKLAHOMA
OTTAWA COUNTY
COMM. NO. 13000863 EXP. 01-24-2017
NOTARY PUBLIC STATE OF OKLAHOMA

Colleen Thompson 1-5-17

STAFF MEMBER DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 9/09)

# OTTAWA COUNTY JAIL
# INMATE GRIEVANCE FORM

**INMATE'S NAME:** NAthan Daniel BaGNELL
(PLEASE PRINT FULL NAME)

**DATE:** 1-5-17

**POD:** A-POD-O.C.J. Miami OK.

**TO:** Congressman Russel

**GRIEVANCE:** This particular form I have sent to sheriff (floyd) and jail administrator (Jesse krewson) about the items listed below several times. Since I get nothing in return in a mannerely time frame for aknowledgement of said complaint received, nor an investigation into the items listed, I am sending you one as well for the example of my procedure. Thank you for your time. A. medical services and or staff, B. Tampering with mail and C. Living quarter conditions.

**INMATE'S SIGNATURE:** Nathan Bagnell

**DISPOSITION:**

OFFICIAL SEAL
COLLEEN THOMPSON
NOTARY PUBLIC OKLAHOMA
OTTAWA COUNTY
COMM. NO. 13000863 EXP. 01-24-2017

Colleen Thompson 1-5-17

STAFF MEMBER

DATE

## Offender Grievance Process
## REQUEST TO STAFF

TO: Krewson FACILITY/UNIT: A POD DATE: 12-22-16
(NAME AND TITLE OF STAFF MEMBER)

I have ____ have not ____ already submitted a "Request to Staff" or grievance on this same issue.
If yes, what date: ____________ facility: ____________ grievance #: ____________
I affirm that I do ___ do not ___ have a grievance pending on this issue.
I affirm that I do ___ do not ___ have a lawsuit of any type pending that relates in any way to this issue.
If a lawsuit is pending, indicate case number: ____________
This request _______ does _______ does not relate to a pending misconduct report. If it does, this request may only be answered by the investigator assigned to the misconduct.

**SUBJECT:** State completely, but briefly, the problem on which you desire assistance. This statement must be specific as to the complaint, dates, places, personnel involved, and how you were affected. One issue or incident per "Request to Staff." Your failure to specifically state your problem may result in this being returned unanswered.

We are within 5 ft of backed up sewer when we are fed our meals. This sewer is tracked all through the pod. Im feeling sick from it. Can we get this taken care of. I'd hate to get sow Manilla from the sewer we are exposed to.

(USE OTHER SIDE IF MORE SPACE IS NEEDED. DO NOT ATTACH ADDITIONAL PAGES.)

**ACTION REQUESTED:** State exactly how you believe your request may be handled; that is, what exactly should be done and how.

Fix the problem so we dont get poisoned from the sewage we are exposed to.

please & thank you.

NAME: Nathan Bagnell DOC NUMBER: ________ UNIT & CELL NUMBER: A-POD
(PRINT)
SIGNATURE: Nathan Bagnell WORK ASSIGNMENT: ____________
Nathan Bagnell

**DO NOT WRITE BELOW THIS LINE**

DISPOSITION:
Notary: Sandra Nadeau
Date: 12-23-16
Exp: 01-20-20

OFFICIAL SEAL
SANDRA NADEAU
NOTARY PUBLIC OKLAHOMA
OTTAWA COUNTY
COMM. NO. 12000658 EXP. 01-20-20

STAFF MEMBER DATE

1. Original to file
2. Copy to offender

DOC 090124D (R 9/09)

(1) Dear Sir, [redacted]

I'm writing you today about the conditions I'm under while incarcerated here at Ottowa County jail located in Miami Oklahoma.

I am in beleif that several of my right are being violated on a daily basis by this administration and legal system.

A. Medical
B. Living Quarters
C. Legal practices

A- The medical here has been known to refuse & deny treatment to inmates for several years. Myself, I have grown tired of the un answered medical slip for services. The pain I was experiencing went on for so long, my wife actually made an appoint-ment at Bearskin medical located in Wyondotte Oklahoma. Simply the nurse would not see me or make an appointment for me, so my Wife, Beth Bagnell, done the nurses job for her. for 45 days I complained and begged the nurse for a doctor appointment. for me,

(2)

Bearskin is free. Why did my wife have to schedule the appointment? 130 inmates on average in this county. Why was I refused medical services? On 1-4-17 my wife came to the jail to pick up property that I had released to her. (Legal Mail to attorneys that was opened by staff). My wife was greeted by the nurse only to be scourned and disrepected for my wife scheleduling the appt. The nurses last words to my wife was that "there are 130 other inmates she looks after, NAthan Bagnell is not by himself here." My question is, why was she mad at my wife? When I got here in November the first thing I did was try to get my sych meds. She verbally told me she would see what she could do. It took 45 days to get my meds. I ~~am~~ was in a P.C. pod without sych meds for 45 days, I could of hurt myself or someone else. In my eyes she has committed gross negligence. I want her held accountable for her actions.

3

B-Living Qurters here are attrocious for the following reasons. We are exposed to Black mold, sewage within five feet from were we are ~~feed~~ fed, No lights in any of the cells, and only a few sinks operate ~~rights~~ right. There is only a few cells with proper drinking water. Today is 1-15-17 and there are 37 inmates in A POD. There are 11, two man cells. Right now its 3:23 p.m, ~~1-15-17~~ 1-15-17 and there are 5 people sleeping on the floor. There are two showers. Only one is working. This is a 22 man pod. we have almost 40 men. for medical reasons this place is were diseases are contracted and passed around. Staff infection is common.

Why are they allowed to feed us when sewage is present? I want someone held accountable for allowing these things to happen. How come this facility is allowed to run ~~a~~ ~~illegal~~ illegal operations in this facility.

Surely feeding an inmate 5 feet from raw sewage is not legal, or is it? I have written request to staff several times and made several verbal complaint to the Jail Administrator. Nothing has been addressed. If I get sick and die from something I've contracted, will someone be held accountable because they have been made aware of everything I'm stating?

C-Legal Practices. Since November 10th of 2016 my lawyer has been here 2 times to visit me about my case. My whole incarceration, I have been waiting to sign a 15 year suspended sentence, why am I still here? ~~I have~~ My lawyer knows that I want to sign the offer the DA has prepaired I have written the judge and alerted Culver of my decesion. No response back. My next court date makes the 3rd announcement date for Drug Court. I do not want Drug Court and have made verbal comments to judge Culver

5

3

about wanting to sign the plea offer. My lawyer is yet to do her job. The judge won't listen to me. What do I DO!? My last court date, the judge asked me if anyone has been to the jail to see me. My response was "No! Like the last court date, all I wanna do is sign for the 15 year suspended sentence." The judges reply was that I was about to get myself in trouble so I sat down. What do I do? To this day my next court date is yet another announcement date. My lawyer will not represent me. The judge is ignoring my written and verbal pleads! Its like this county does whatever to whoever. Does anyone have a set of rules or guidelines they have to Abide by? Do these people have consenquences for their actions? I know I certainly do. Why dont they? The governing authority in this county act as if they make the rules

as they see fit on a day to day basis. What the people are doing within this county is illegal and are imposing cruel and unusual punishments and conditions. I want to see people held ~~for their~~ accountable for their ~~acco~~ actions No matter where their seat is. The governing authority in this county deserve a very thorough investigation and audit, to see that they are infact doing their job accordingly. Anything I have stated is documented by true and correct dates and times. How do I go about calling these officials on their job duties?, Or does Ottowa County have no higher command to answer too? Everyone has a boss, who is theirs? Do lawyers and judges do as they please? Does the staff members in this jail get to make their own rules up as they go? Does staff get to destroy County property and not get charged? Does the jail Nurse get to refuse help to those in need? Does the staff

(7)

here get to throw inmate mail away when they want to?

I have so many questions regarding so many actions. I have accurate days and times for my questions and concerns. Do they?

Who do I call for help? Who do I write? Their actions must stop! With that being said, where do I begin with getting answers to my questions about Ottawa County? Can & will something be done?

Why did it take 19 days for my letter to get to my wife? Why did a ~~trusty~~ trusty find several outgoing inmate letters in the trash? Why was my Legal opened? Why did my wife have to go by the post office and buy stamped envelopes for the legal mail the staff ripped open?

I want answers.

Below is a list of people I have written complaints to. Im wondering how many people have received my letters. DA office, Bill Culver speacial judge 13th district, New York A.C.L.U., State jail inspector, and Steve Russel

our congressman. I have yet to receive any form of conformation of receiving any of my letters.

Anything for help with my questions and concerns will be greatly appreciated.

Thank you for your time.

Sincerely
Nathan Bagnell

P.S. I will be more than happy to answer any questions or concerns. you might have or even send you a copy of my journal that has dates & times of so many accourenses of the staff & situations of or in this pod. I'm just hoping that this letter finds you well.
The reason I mention this is that I have written 5 letters to those I mentioned on page 7 and have yet to get any replys back from anyone.

Again thank you for your time on this matter.
Nathan Bagnell

Bagnell
62220 E 336 LN
Grove, OK 74344

U.S. POSTAGE
PAID
MIAMI, OK
74354
JAN 27, 17
AMOUNT
**$2.03**
R2305H129616-95

UNITED STATES POSTAL SERVICE
1000
74103

**17 CV - 049 GKF - TLW**

Postmarked
1/27/17 - SC

first class

RECEIVED
JAN 30 2017
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

Clerk of the Court
United States District Court
333 West Fourth St Room 411
Tulsa, OK
74103-3819

first class